**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1.  Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl
    Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure
    to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental
    anguish, economic injuries, and personal injuries as described below.

2.  Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.  Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

      ☒    Diversity

      ☒    Federal Question

      ☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

      ☐    Other:_____

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

      Kidney Cancer
      Testicular Cancer
      Thyroid Disease
      Ulcerative Colitis
      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

### **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

### **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated:  09/03/2025 

Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*                                  
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010

*Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alexander, Yvonne | 8/17/1966 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Algier, Donna | 3/15/1964 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Allen, Phillip | 8/23/1953 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Anderson, Francis | 9/4/1954 | WV | Southern District of West Virginia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Aranyos, Marylou | 7/18/1950 | FL | Middle District of Florida | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Arias, Bella | 1/6/1958 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Armajo, Myrna | 9/12/1936 | WY | District of Wyoming | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Atkinson, Michael | 12/6/1960 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Baker, Theresa | 11/2/1964 | FL | Southern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Banner, Bob | 8/26/1955 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Batson, Jeanne | 6/21/1963 | GA | Southern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Belmonte, Jim | 12/19/1966 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bentley, David | 12/31/1975 | GA | Southern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Beresford Pawlenko, Emily | 6/18/1967 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Binaku, Xhafer | 11/20/1978 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Bond, Jeff | 4/12/1968 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Bonner, Dane | 5/26/1959 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Booth, Tara | 12/18/1979 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Bowie, Romona | 2/18/1962 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Brantley, Ginger | 5/2/1969 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Breen, Mark | 9/29/1970 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Brock, Jamie | 5/10/1969 | AR | Western District of Arkansas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Bryan, Cindel Marie | 12/2/1984 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Byford, Anthony | 10/5/1978 | AK | District of Alaska | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Cabrera, Jody | 5/27/1974 | AR | Western District of Arkansas | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Call, Tammy | 7/24/1960 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Carr, Derrick | 1/18/1989 | WV | Southern District of West Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Carroll, Michael | 9/7/1960 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Carrolll, Rhonda | 1/5/1969 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Cartwright, Debbie | 5/1/1958 | WV | Northern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Castillo, Angie | 7/26/1974 | CA | Southern District of California | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Cedeno, Angela | 10/6/1980 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Chadwick-Byers, Brandi | 6/13/1976 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Chasse-Jacques, Tanya Marie | 12/22/1976 | GA | Southern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Chvarak, Jerome | 5/8/1956 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Clark, Tabithia | 3/17/1981 | WV | Southern District of West Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Clemons, Kim Marie | 7/29/1958 | AR | Eastern District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Coffie, Arleen | 10/13/1967 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Collazo, Marcus | 5/13/1980 | FL | Southern District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Connell, Wanda | 1/1/1958 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Cornwell, Dina | 11/21/1980 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Cox, Eric | 1/5/1995 | AR | Western District of Arkansas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Cox, Tracy | 10/17/1979 | WV | Southern District of West Virginia | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Crater, Susan | 12/27/1955 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Cromwell, Lynda | 12/11/1954 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Davis, John | 3/21/1966 | WI | Eastern District of Wisconsin | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Dearborn, Barb | 12/11/1962 | IA | Southern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Deline, Christopher | 8/17/1988 | NY | Northern District of New York | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Dickman, Michael | 5/13/1961 | WI | Western District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Digregorio, Sharon | 8/15/1956 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Dirnbauer, Jason | 11/30/1976 | WI | Western District of Wisconsin | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Dixon, Amy | 8/6/1943 | WI | Western District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Dixon, Talli | 1/9/1963 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Dodd, April | 12/9/1967 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Dorneden, Jason | 7/8/1971 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Dye, Jaime | 1/7/1971 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Fowler, Linda | 12/27/1952 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Frate, Lisa | 1/31/1963 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Gaeding, Debra | 9/3/1959 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Gallace, Jennifer | 9/8/1961 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 61. | Geoghan, Kathleen | 8/17/1955 | WI | Eastern District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | George, Randy | 9/23/1976 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Gresham, Ronald | 12/20/1970 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Guillory, Michael | 7/28/1954 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Hanik, Stephen | 2/4/1985 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Hanson, David | 9/9/1970 | WI | Western District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Hardy, Tiffany | 9/16/1972 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Haskell, Kathy | 1/22/1970 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Heard, Steve | 3/15/1960 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Hendley, John William | 11/10/1978 | GA | Middle District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Henry, Kyana | 5/28/1982 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Herzog, Eric | 5/21/1966 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Hesson, Jeffrey | 10/5/1981 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Hickman, Phyllis | 4/15/1961 | WV | Northern District of West Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Honaker, Brenda | 7/30/1953 | WV | Southern District of West Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Hotch, Exward | 2/28/1980 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Hughes, Sherry | 2/2/1965 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 78. | Hughey, Slickjames | 4/14/1962 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Jennings, Austin | 12/7/1952 | WY | District of Wyoming | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | John, Virginia | 2/6/1955 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Jones, Glynis | 12/7/1966 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Jude, Brenda | 5/28/1958 | WV | Southern District of West Virginia | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Kelly, George | 4/23/1987 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Kendall, Christian | 3/1/1985 | WV | Southern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Kishbaugh, Patty | 3/20/1952 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Kniss, Holly | 7/10/1972 | WI | Eastern District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Koski, Gene | 10/29/1971 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Krnjeu, Phil | 3/25/1978 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Laemmrich, Patricia | 9/28/1938 | WI | Eastern District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Lapidus, Michael | 1/30/1982 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Laufer, Patricia | 11/5/1955 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Leutz, Brian | 4/27/1976 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Lewis, Adrienne | 2/14/1977 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Lilly, Tammy | 3/2/1967 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Linton, Bobby | 1/28/1967 | GA | Middle District of Georgia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Logie, Bradley | 5/20/1997 | GA | Southern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Luebke, Tammy | 10/2/1978 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Malicoate, Melissa | 7/27/1968 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Marlowe, Thomas | 12/18/1971 | WI | Western District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | McAllister, Nichole | 10/24/1980 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | McDaniel, Bonnie | 12/26/1951 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | McElwain, Megan Anne | 9/8/1983 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | McFarlane, William | 12/8/1960 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 104. | McKay, Kimberly David | 11/16/1976 | AR | Eastern District of Arkansas | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Meadows, Barbara | 4/2/1947 | AR | Western District of Arkansas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Morris, Jason | 2/2/1979 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Moss, Ian Michael | 9/6/1997 | FL | Northern District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Mouw, Brad | 10/2/1974 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Muggenburg, Kris | 3/24/1963 | WY | District of Wyoming | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Mullins, Liam | 8/27/1994 | WI | Eastern District of Wisconsin | | X | | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Noell, Lisa | 9/1/1964 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Parrett, Donald | 4/18/1972 | MO | Western District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Parzy, Patty | 10/5/1971 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Payne, Alden | 2/20/1982 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Persinger, Jenny | 5/17/1968 | WV | Northern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Pettway, Nicholas | 11/5/1985 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Podborny, Norma | 10/15/1958 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Prody, Charlotte | 12/5/1952 | AR | Western District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Rada, Michael | 2/7/1966 | WI | Western District of Wisconsin | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Rangel, Tina | 10/31/1980 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Redden, Patricia | 4/22/1957 | WV | Southern District of | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | West Virginia | | | | | |
| 122. | Rice, Dakota | 3/22/1988 | WI | Western District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Ring, Michael | 3/25/1973 | AR | Eastern District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Rios, Gloria E. | 4/5/1947 | CA | Eastern District of California | | X | | Testicular Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Rogers, Donald L. | 1/23/1967 | FL | Northern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Rose, Denise | 6/27/1982 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Schroyer, Sun | 8/16/1977 | WV | Southern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Shinall, Chuck | 8/19/1958 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Shuffield, Mark | 7/2/1974 | AR | Eastern District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 130. | Smith, Cindy | 6/23/1955 | WI | Western District of Wisconsin | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Snively, Joshua | 8/23/1985 | WV | Northern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Strohlin, Joanne | 6/15/1950 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Stuhr, Molly | 1/30/1980 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Sweetser, Lisa | 7/14/1969 | AL | Southern District of Alabama | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Talley, Heaven | 2/4/1991 | AR | Eastern District of Arkansas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Thalheim, Angela | 9/29/1973 | WV | Southern District of West Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Thomas, Johnnie L. | 1/31/1962 | FL | Southern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 138. | Vasquez, Brenda | 11/28/1978 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Veldboom, Kristin | 8/15/1984 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Voss, Karla | 7/22/1968 | WI | Eastern District of Wisconsin | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Walker, Donald | 6/6/1948 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Ward, Marlene | 5/1/1967 | WY | District of Wyoming | | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | West, Jennifer | 10/26/1978 | WV | Southern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | White, Krystle | 10/12/1989 | CA | Eastern District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Whiting, Lance | 1/3/1980 | WV | Southern District of West Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 146. | Wilson, Erin | 4/15/1975 | WY | District of Wyoming | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147. | Wilson, Phillip | 3/4/1964 | AR | Eastern District of Arkansas | | X | | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Wolfe, Louis | 10/7/1967 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Wood, Linda | 9/8/1951 | FL | Southern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Yancey, Sherry | 12/2/1982 | GA | Middle District of Georgia | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |